UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>Jointly Administered |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.<br><br>Defendant. | Adv. Proceeding No. 24-05006 (JAM) |

**DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**

As directed by the *Order Further Amending Avoidance Action Procedures Order and Scheduling Joint Briefing of Motions to Dismiss and Motions for Judgment on the Pleadings* (Case No. 22-50073 (JAM), ECF No. 3577) (the "Kwok Proceeding"), Amazon Web Services, Inc. ("AWS"), by and through its undersigned attorneys, hereby files this Motion to Dismiss Amended Complaint (the "Motion") for the reasons set forth more fully in *Joint Defendants' Omnibus Memorandum in Support of Motion to Dismiss or for Judgment on the Pleadings* ("Omnibus

---

[1] The Debtors are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Memorandum") (ECF No. 3713) filed in the Kwok Proceeding substantially contemporaneously herewith.

AWS respectfully requests that the Motion be granted; that all causes of action asserted against it in the Amended Complaint at ECF No. 4 be dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction and pursuant to Fed. R. Civ. P. 12(b)(6) for Plaintiff's failure to state a claim upon which relief can be granted, which are made applicable to this adversary proceeding by Fed. R. Bankr. P. 7012.[2]

Dated: October 18, 2024
      Seattle, Washington.

K&L GATES LLP

By: */s/ Lindsay Sampson Bishop*
Lindsay Sampson Bishop (ct29990)
K&L GATES LLP
1 Congress Street
Boston, MA 02114
Tel: (617) 261-3100
Email: lindsay.bishop@klgates.com

-and-

By: */s/ Brian T. Peterson*
Brian T. Peterson *(phv208265)*
Ruby A. Nagamine *(phv208290)*
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel: (206) 623-7580
Email: brian.peterson@klgates.com
      ruby.nagamine@klgates.com

*Counsel for Amazon Web Services, Inc.*

---

[2] AWS does not waive its right to a jury trial before an Article III court, does not waive its right to move to withdraw the reference; does not consent to the Bankruptcy Court's entry of a final order or judgment on the Plaintiff's claims, and reserves the right to move to dismiss the claims on grounds other than those identified in the Omnibus Memorandum.

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

                By: */s/Brian T. Peterson*
                    Brian T. Peterson *(phv208265)*
                    K&L Gates LLP
                    925 Fourth Avenue, Suite 2900
                    Seattle, WA  98104
                    Phone:  (206) 623-7580
                    Fax:  (206) 623-7022
                    E-mail:   brian.peterson@klgates.com

                    *Counsel for Amazon Web Services, Inc.*